IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

LESLIE JAY SERGEANT,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant

No. C13-2078

ORDER GRANTING APPLICATION
FOR ATTORNEY FEES

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 16) filed by the Plaintiff on September 19, 2014, and the Response (docket number 17) filed by the Defendant on October 2. Plaintiff requests the Court to order attorney fees in the amount of $5,744.29. According to the response, Defendant "does not contest the award of attorney fees . . ., but contends that the total amount awarded should be $5,738.20." The Court finds the application should be granted, and the lower amount stated in the response should be awarded.

### ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 16) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Five Thousand Seven Hundred Thirty-Eight Dollars and twenty cents ($5,738.20) to be paid by the Social Security Administration.

DATED this 7th day of October, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA