IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LESLIE JAY SERGEANT,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant | No. C13-2078<br><br>ORDER GRANTING PETITION FOR ATTORNEY FEES |

This matter comes before the Court on the "Plaintiff's Attorney's Petition for Attorney Fees under 42 U.S.C., Section 406(b)(1)" (docket number 21) filed by Plaintiff on April 24, 2015; and the Response (docket number 22) filed by Defendant on May 8, 2015. Plaintiff's counsel asks that he be awarded attorney fees in the amount of $15,488.23, pursuant to 42 U.S.C. section 406(b).[1] Plaintiff's counsel acknowledges that if he is awarded section 406(b) fees, then he is required to refund the fees previously ordered under the Equal Access to Justice Act. In her response, Defendant states that she "has no objection to plaintiff's Motion for an Award of Attorney's Fees under 42 U.S.C. § 406(b)[.]" Defendant's Response (docket number 22) at 2. Accordingly, the Court finds that the request should be granted.

---

[1] In the award letter from the Social Security Administration, the agency withheld $15,488.23 from the total of Plaintiff's past-due benefits award to pay his attorney's fee. *See* Plaintiff's Memorandum of Law (docket number 21-1) at 15 (Plaintiff's memorandum included a copy of Plaintiff's award letter, the award letter was not attached as an exhibit, but simply incorporated as part of the memorandum of law). $15,488.23 constitutes 25% of Plaintiff's past-due benefits award, which is the amount agreed to between Plaintiff and her attorney in their "Fee Agreement." *See* docket number 21-1 at 11-12.

## ORDER

IT IS THEREFORE ORDERED that the Petition for Attorney Fees (docket number 21) filed by Plaintiff on April 24, 2015 is hereby **GRANTED**. Attorney Hugh M. Field shall be paid attorney fees in the amount of Fifteen Thousand Four Hundred Eighty-Eight Dollars twenty-three cents ($15,488.23) pursuant to 42 U.S.C. section 406(b). Furthermore, Mr. Field shall refund to Plaintiff the sum of Five Thousand Five Hundred Ninety-Five Dollars thirty-three cents ($5,595.33), previously paid under the Equal Access to Justice Act.

DATED this 11th day of May, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA